IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   OBE E. JOHNSON

CIVIL ACTION NO. 21-CV-0086

**ORDER**

AND NOW, this 29th day of April, 2021, Plaintiff Obe E. Johnson having filed an Application to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund Account Statement (ECF No. 6), and letter Complaint (ECF No. 1), and for the reasons set forth in the Memorandum accompanying this Order, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **REOPEN** this matter.

2. The Court's Order filed on March 23, 2021 (ECF No. 4) dismissing Johnson's case without prejudice for failure to prosecute is **VACATED**.

3. Johnson's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of Article III jurisdiction.

4. The motion to proceed *in forma pauperis* (ECF No. 5) is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge
**JOHN M. YOUNGE, J.**